1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (STATE BAR NO. 68264)
2  MARK J. ROGERS (SBN 173005)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300
5     Attorneys for Defendant
      Z-MAN FISHING PRODUCTS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | APPLIED ELASTOMERICS,              | Case No. C06-2469 CW
   | INCORPORATED, a California corporation |
11 |                                    | **ORDERE GRANTING STIPULATION
   |            Plaintiff,              | RE BRIEFING SCHEDULE
12 |                                    | CONCERNING DEFENDANT Z-MAN
   |       v.                          | FISHING PRODUCTS,
13 |                                    | INCORPORATED'S MOTION TO
   | Z-MAN FISHING PRODUCTS,           | DISMISS FOR LACK OF PERSONAL
14 | INCORPORATED, a South Carolina    | JURISDICTION**
   | corporation                       |
15 |                                    | Trial Date: None Set
   |            Defendants.            |
16

17        Plaintiff Applied Elastomerics, Incorporated ("AEI") and Defendant Z-Man Fishing

18 Products, Incorporated ("Z-Man"), through their respective attorneys, hereby submit the following

19 stipulation regarding the briefing schedule for the motion to dismiss for lack of personal

20 jurisdiction that Z-Man plans to file on May 30, 2006:

21        1.      WHEREAS, pursuant to the parties' April 27, 2006 Stipulation Re Extension of

22 Time to File a Responsive Pleading, Z-Man's responsive pleading is due on May 30, 2006;

23        2.      WHEREAS Z-Man intends to file a motion to dismiss for lack of personal

24 jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) on or before May 30, 2006;

25        3.      WHEREAS the Court has indicated that there will be no civil law and motion

26 calendar from between June 1, 2006 and September 1, 2006 and that motions may be filed without

27 a hearing date being set and upon filing of such motion the Clerk will issue a briefing schedule

28 and the motion will be deemed submitted on the papers;

1    4.    WHEREAS counsel for Z-Man and AEI have meet and conferred concerning a

2  proposed briefing schedule under which AEI would be given at least 30 days within which to file

3  an opposition to Z-Man's motion once it is filed on May 30, 2006;

4    IT IS HEREBY STIPULATED between AEI and Z-Man that Z-Man's motion to dismiss

5  for lack of personal jurisdiction be filed on or before May 30, 2006, that AEI's opposition to Z-

6  Man's motion be filed on or before July 14, 2006, that Z-Man's reply thereto, if any, be filed on or

7  before July 21, 2006, and that Z-Man's motion be deemed submitted on the papers on July 21,

8  2006.

9  Dated: May 26, 2006              MORRISON & FOERSTER, LLP

10

11                                By:    _____/S/____JILL NEIMAN_____
                                          JILL NEIMAN
12                                        Attorneys for Plaintiff Applied Elastomerics, Inc.

13

14  Dated: May 26, 2006
                                          DILLINGHAM & MURPHYPDF
15

16
                                  By:    _____/S/____MARK ROGERS_____
17                                        MARK J. ROGERS
                                          Attorneys for Defendant Z-Man Fishing
18                                        Products, Inc.

19                                        _____

20
                                          ORDER
21
       The briefing schedule set forth above is hereby adopted by the Court.
22
       IT IS SO ORDERED.
23

24      6/1/06                        /s/  CLAUDIA WILKEN
    Dated: _____    _____
25                                    HONORABLE CLAUDIA WILKEN

26

27

28

Page 2 – STIP. RE 12(B)(2) MOTION BRIEFING SCHEDULE; ORDER    Case No. C06-2469 CW