DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (STATE BAR NO. 68264)
MARK J. ROGERS (SBN 173005)
J. CROSS CREASON (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant and Cross-Complainant
Z-MAN FISHING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation<br><br>          Plaintiff,<br><br>     v.<br><br>Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-2469 CW<br><br>STIPULATION RE CHANGING HEARING DATES ON THE PARTIES' PENDING MOTIONS AND THE DATE OF THE PARTIES' CASE MANAGEMENT; ORDER<br><br>Honorable Claudia Wilkin<br><br>Trial Date: None Set |

Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective attorneys and pursuant to the Court's Local Rule 6-2, hereby submit as follows:

1.     WHEREAS, Z-Man filed a motion to transfer venue on September 1, 2006 which was originally noticed to take place on October 6, 2006;

//

//

//

//

2.   WHEREAS on September 5, 2006, the Court, by way of its Clerk's Notice Continuing Case Management Conference, continued the parties' Case Management Conference which had been set for September 8, 2006 to October 6, 2006;

3.   WHEREAS, AEI filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 9(b) and 12(b)(6) on September 14, 2006 which was noticed to take place on October 20, 2006;

4.   WHEREAS, on September 27, 2006, this Court by way of its Clerk's Notice Continuing Motion Hearing and Case Management Conference rescheduled the hearing date on Z-Man's motion to transfer and the parties' Case Management Conference from October 6, 2006 to October 20, 2006,

5.   WHEREAS Z-Man's lead trial counsel, Patrick Hagan, has a European vacation scheduled to take place from October 10, 2006 through October 26, 2006 that was scheduled well in advance of the original filing of either Z-Man's motion to transfer or AEI's motion to dismiss;

6.   WHEREAS on April 27, 2006, Z-Man filed the parties' Stipulation Re Extending Time to File Responsive Pleading wherein the parties had stipulated to provide Z-Man with an additional 20 days within which to respond to AEI's Complaint; and

7.   WHEREAS the stipulation will not have any affect on the schedule for the case.

IT IS HEREBY STIPULATED between AEI and Z-Man that the hearing date on the parties' pending motions and the date of the parties' Case Management Conference be rescheduled from October 20, 2006 at 10:00 a.m. to November 3, 2006 at 10:00 a.m.  It is further stipulated that AEI's reply to Z-Man's opposition to its motion to dismiss shall be filed on or before October

//
//
//
//
//
//

1  10, 2006.  Except as so stipulated, the previous briefing schedule remains in effect.

2  Dated: September 28, 2006                    MORRISON & FOERSTER, LLP

3

4                                      By:         /S/     JILL NEIMAN
                                            JILL NEIMAN
5                                           Attorneys for Plaintiff and Counter-Defendant
                                            Applied Elastomerics, Inc.
6

7  Dated: September 28, 2006
                                                DILLINGHAM & MURPHY
8

9
                                       By:         /S/     MARK ROGERS
10                                          MARK J. ROGERS
                                            Attorneys for Defendant and Counter-Complainant
11                                          Z-Man Fishing Products, Inc.

12
          IT IS SO ORDERED.
13
                  10/2/06
14  Dated: _____        _____
                                          HONORABLE CLAUDIA WILKEN
15

16

17

18

19

20

21

22

23

24

25

26

27

28