DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (STATE BAR NO. 68264)
MARK J. ROGERS (SBN 173005)
J. CROSS CREASON (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

Attorneys for Defendant and Cross-Complainant
Z-MAN FISHING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-2469 CW<br><br>STIPULATION RE ADR SELECTION; ORDER<br><br>Honorable Claudia Wilken<br><br>Trial Date: None Set |

Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective attorneys and pursuant to the Court's Local Rule 16-8(c)(1), hereby stipulate as follows:

1.     WHEREAS, on August 24, 2006, the parties stipulated, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, to participate in mediation through the Court's Alternative Dispute Resolution Program;

2.     WHEREAS, on September 11, 2006, this Court ordered that the matter be referred to Court sponsored mediation;

3       WHEREAS, the parties have further met and conferred concerning ADR options and have decided that they would prefer to conduct private mediation with Martin Quinn through JAMS; and

4       WHEREAS, the parties have been in contact with Mr. Quinn's case manager and have tentatively arranged to conduct private mediation on November 30, 2006 pending the removal of this matter from the Court's ADR Program.

IT IS HEREBY STIPULATED between AEI and Z-Man that matter be taken out of the Court sponsored ADR Program and that the parties' be allowed to conduct private mediation with Mr. Quinn through JAMS.  The deadline for the ADR session shall remain November 30, 2006.

Dated: October 13, 2006                MORRISON & FOERSTER, LLP


                                       By:    /S/    JILL NEIMAN
                                              JILL NEIMAN
                                              Attorneys for Plaintiff and Counter-Defendant
                                              Applied Elastomerics, Inc.


Dated: October 13, 2006                DILLINGHAM & MURPHY


                                       By:    /S/    MARK ROGERS
                                              MARK J. ROGERS
                                              Attorneys for Defendant and Counter-Complainant
                                              Z-Man Fishing Products, Inc.


IT IS SO ORDERED.

10/17/06

Dated: _____             _____
                                       HONORABLE CLAUDIA WILKEN
                                       United States District Judge