1  JILL NEIMAN (BAR NO. 164702)
   jneiman@mofo.com
2  REBECCA S. SAELAO (BAR NO. 222731)
   rsaelao@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522
   Attorneys for Plaintiff
6  APPLIED ELASTOMERICS, INC.

7  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (BAR NO. 68264)
8  pjh@dillinghammurphy.com
   MARK J. ROGERS (BAR NO. 173005)
9  mjr@dillinghammurphy.com
   225 Bush Street, 6th Floor
10 San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
11 Facsimile:   (415) 397-3300

12 Attorneys for Defendant
   Z-MAN FISHING PRODUCTS, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

| | |
|---|---|
| 18  APPLIED ELASTOMERICS, INCORPORATED, a California corporation, | Case No. C06-02469 CW |
| 19 | **STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER** |
| 20              Plaintiff, | |
| 21       v. | Honorable Claudia Wilken |
| 22  Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation, | |
| 23 | |
| 24              Defendant. | |

25

26

27

28

1       Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant
2 and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective
3 attorneys of record, submit this stipulation and proposed order pursuant to Northern District Local
4 Rule 6-2.
5       Whereas the Court entered its Order dismissing nine of Z-Man's counterclaims on
6 November 8, 2006.
7       Whereas Z-Man filed its First Amended Counter-Complaint on November 22, 2006.
8       Whereas the parties participated in private mediation on November 30, 2006, but did not
9 settle the case.
10       Whereas during the Case Management Conference the Court authorized the parties to
11 stipulate to a briefing schedule for AEI's motion to dismiss Z-Man's amended counterclaims and/or
12 motion for judgment on the pleadings.
13       Whereas the parties' counsel met and conferred on December 4, 2006 and agreed to a briefing
14 schedule.
15       Whereas the previous time modifications in this case include the following:  1)  On April 27,
16 2006, the parties stipulated to provide Z-Man with an additional 20 days within which to respond to
17 AEI's Complaint.  2)  On September 28, 2006, pursuant to Z-Man's request, the parties stipulated
18 that the hearing date for the parties' pending motions (Z-Man's transfer motion and AEI's motion to
19 dismiss counterclaims) and the date of the parties' Case Management Conference be rescheduled
20 from October 20, 2006 to November 3, 2006.
21       Whereas this stipulation will not have any affect on the schedule for the case.
22       IT IS HEREBY STIPULATED between AEI and Z-Man as follows:
23       1)  AEI will have until December 29, 2006 to answer or otherwise respond to the First
24 Amended Counter-Complaint.  (A motion to dismiss any portion of the First Amended Counter-
25 Complaint will obviate the need for AEI to file an answer to the First Amended Counter-Complaint
26 until after the motion is decided.)  December 29, 2006 also is the deadline for filing the motion for
27 judgment on the pleadings or motion for partial summary judgment concerning the payment of
28 minimum royalties authorized by the Court during the Case Management Conference.

1   2) Z-Man's opposition to any motion filed on December 29, 2006 is due on or before January 12, 2007.

3   3) AEI's reply brief in support of any motion filed on December 29, 2006 is due on January 19, 2007.

4) The hearing on any motion filed by AEI on December 29, 2006 will take place on February 2, 2007 at 10:00 a.m.

It is further stipulated that any and all motions filed by AEI on December 29, 2006 will be included in a single brief, subject to the page limits set forth the Northern District Local Rules. Similarly, Z-Man will file a single opposition brief and AEI will file a single reply brief, each of which will be subject to the page limits set forth in the Northern District Local Rules.

Dated: December 7, 2006     MORRISON & FOERSTER LLP

By:   /s/
       Jill Neiman
       Attorneys for Plaintiff Applied Elastomerics, Inc.

Dated: December 7, 2006     DILLINGHAM & MURPHY, LLP

By:   /s/
       Mark J. Rogers
       Attorneys for Defendant Z-Man Fishing Products, Inc.

IT IS SO ORDERED.

Dated:  __12/11_____, 2006

_____
United States District Judge
Honorable Claudia Wilken

STIPULATION REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER
No. C06-02469 CW
sf-2236028

2

1    I, Jill Neiman, am the ECF User whose ID and password are being used to file this Stipulation
2 Regarding Briefing Schedule and [Proposed] Order. In compliance with General Order 45, X.B.,
3 I hereby attest that Mark J. Rogers has concurred in this filing.

5 Dated: December 7, 2006          MORRISON & FOERSTER LLP

                                  By:   /s/
                                      Jill Neiman
                                      Attorneys for Plaintiff and Counter-Defendant
                                      Applied Elastomerics, Inc.