1   DILLINGHAM & MURPHY, LLP
    PATRICK J. HAGAN (BAR NO. 68264)
2   pjh@dillinghammurphy.com
    MARK J. ROGERS (BAR NO. 173005)
3   mjr@dillinghammurphy.com
    225 Bush Street, 6th Floor
4   San Francisco, California 94104-4207
    Telephone:  (415) 397-2700
5   Facsimile:   (415) 397-3300

6   Attorneys for Defendant
    Z-MAN FISHING PRODUCTS, INC.
7
    JILL NEIMAN (BAR NO. 164702)
8   jneiman@mofo.com
    REBECCA S. SAELAO (BAR NO. 222731)
9   rsaelao@mofo.com
    MORRISON & FOERSTER LLP
10  425 Market Street
    San Francisco, California 94105-2482
11  Telephone:  (415) 268-7000
    Facsimile:   (415) 268-7522
12  Attorneys for Plaintiff
    APPLIED ELASTOMERICS, INC.
13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17

18  APPLIED ELASTOMERICS,                      Case No. C06-02469 CW
    INCORPORATED, a California corporation,
19                                             **STIPULATION REGARDING**
                    Plaintiff,                 **MINIMUM ROYALTIES AND**
20                                             **ORDER**
            v.
21                                             Honorable Claudia Wilken
    Z-MAN FISHING PRODUCTS,
22  INCORPORATED, a South Carolina
    corporation,
23
                    Defendant.
24

25

26

27

28

1      Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant

2    and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective

3    attorneys of record, submit this stipulation and proposed order.

4      Whereas AEI has until January 5, 2007 to bring a motion for judgment on the pleadings that

5    Z-Man was required to pay AEI minimum royalties under the license agreement between the parties

6    with an effective date of April 26, 2001 ("the Agreement") whether or not the products sold by

7    Z-Man fell are covered by the licensed Patent Rights (as the term is defined in the Agreement); and

8      Whereas the Parties seek to avoid unnecessary motion practice by stipulation.

9    IT IS HEREBY STIPULATED between AEI and Z-Man as follows:

10      It is agreed that, if the Agreement is enforceable, regardless of whether any products made,

11    used, imported, sold or offered for sale by Z-Man were covered by the licensed Patent Rights, the

12    terms of the Agreement required payment of minimum royalties by Z-Man.  Notwithstanding the

13    foregoing, Z-Man maintains and does not waive any other defenses in this action or concede any of

14    the elements of AEI's claims, including, but not limited to, whether a contract (the Agreement) was

15    ever formed or, if it was formed, whether the Agreement is void or voidable.  The parties also

16    continue to dispute the dollar amount of the minimum royalty term, if a contract (the Agreement) was

17    in fact formed.

18

19    Dated: December 22, 2006          MORRISON & FOERSTER LLP

20

21                                     By:_____/s/_____
                                            Jill Neiman
22                                          Attorneys for Plaintiff Applied Elastomerics, Inc.

    Dated: December 22, 2006          DILLINGHAM & MURPHY, LLP
23

24                                     By:_____/s/_____
                                            Mark J. Rogers
25                                          Attorneys for Defendant Z-Man Fishing
                                            Products, Inc.
26

27

28

1    IT IS SO ORDERED.

2
     Dated: 1/5/07
3                                    _____
                                     United States District Judge
4                                    Honorable Claudia Wilken

5
         I, Jill Neiman, am the ECF User whose ID and password are being used to file this Stipulation
6
     Regarding Briefing Schedule and [Proposed] Order.  In compliance with General Order 45, X.B.,
7
     I hereby attest that Mark J. Rogers has concurred in this filing.
8

9    Dated: December 22, 2006          MORRISON & FOERSTER LLP
10

11                                      By:    /s/
                                            _____
12                                          Jill Neiman
                                            Attorneys for Plaintiff and Counter-Defendant
13                                          Applied Elastomerics, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28