1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN 68264)
2  MARK J. ROGERS (SBN 173005)
   J. CROSS CREASON (SBN 209492)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:    (415) 397-2700
   Facsimile:    (415) 397-3300
5
       Attorneys for Defendant and Cross-Complainant
6      Z-MAN FISHING PRODUCTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | APPLIED ELASTOMERICS,              | Case No. C062469 CW
   | INCORPORATED, a California corporation |
12 |                                    | STIPULATION REGARDING BRIEFING
   |       Plaintiff,                   | SCHEDULE; [PROPOSED] ORDER
13 |                                    |
   |       v.                           | Honorable Claudia Wilken
14 |                                    |
   | Z-MAN FISHING PRODUCTS,            | Trial Date: November 13, 2007
15 | INCORPORATED, a South Carolina     |
   | corporation                        |
16 |                                    |
   |       Defendant.                   |
17 |                                    |
18 | AND RELATED COUNTERCLAIMS          |
19

20       Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and

21 Defendant and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through

22 their respective attorneys and pursuant to the Court's Local Rule 6-2, hereby stipulate as follows:

23       Whereas Z-Man filed its Second Amended Counter-Complaint on January 3, 2007.

24       Whereas counsel for Z-Man and AEI meet and conferred about a briefing schedule related

25 to a motion to dismiss that AEI planned to file in response to Z-Man's Second Amended Counter-

26 Complaint which resulted in an agreed upon schedule to accommodate AEI's counsel scheduling

27 conflicts that was incorporated into the parties' December 20, 2006 Stipulation Regarding

28 Briefing Schedule.

1    Whereas the parties' December 20, 2006 Stipulation Regarding Briefing Schedule was
2    granted by the Court on December 22, 2006 and it provided that Z-Man's opposition to AEI's
3    motion to dismiss would be filed on or before January 19, 2007 with AEI's reply being due on
4    January 26, 2006.

5    Whereas AEI filed a motion to dismiss Z-Man's Second Amended Counter-Complaint on
6    January 5, 2007 with a noticed hearing date of February 16, 2007.

7    Whereas Z-Man Filed a motion for leave to amend its Answer with a hearing date of
8    February 16, 2007.

9    Whereas Z-Man did not file its opposition to AEI's motion schedule on January 19, 2007
10   because of a calendaring error that involved the calculation of the opposition due date being the
11   usual 21 days from the scheduled February 16, 2007 hearing date provided for in Local Rule 7-
12   3(a) instead of by reference to the briefing schedule set forth in the parties' December 20, 2006
13   Stipulation Regarding Briefing Schedule.

14   Whereas AEI's counsel reminded Z-Man's counsel of the due date for its opposition to its
15   motion to dismiss on January 22, 2007 and counsel for the parties' counsel met and conferred on
16   January 23, 2007 concerning a resolution of the situation that would equitably address AEI's
17   counsel's scheduling issues.

18   Whereas the previous time modifications in this case include the following: 1) On April
19   27, 2006, the parties stipulated to provide Z-Man with an additional 20 days within which to
20   respond to AEI's Complaint. 2) On September 28, 2006, pursuant to Z-Man's request, the parties
21   stipulated that the hearing date for the parties' pending motions (Z-Man's transfer motion and
22   AEI's motion to dismiss counterclaims) and the date of the parties' Case Management Conference
23   be rescheduled from October 20, 2006 to November 3, 2006.  3) On December 7, 2006, the parties
24   stipulated that the hearing date for AEI's motion in response to Z-Man's First Amended
25   Complaint and motion for judgment on the pleadings or motion for partial summary judgment
26   concerning the payment of minimum royalties authorized by the Court during the Case
27   Management Conference would be February 2, 2007.  4) On December 20, 2006, the parties
28   stipulated that the hearing date for AEI's motion in response to Z-Man's Second Amended

Complaint would be February 16, 2007.

Whereas this stipulation will not have any affect on the schedule for the case.

IT IS HEREBY STIPULATED between AEI and Z-Man as follows:

1) The hearing date for both AEI's motion to dismiss the Second Amended Counter-Complaint and Z-Man's motion for leave to file an amended answer shall be continued from February 16, 2007 to March 2, 2007 at 10:00 a.m.

2) Z-Man's opposition to AEI's motion to dismiss shall be filed on or before January 26, 2007. AEI's reply thereto shall be filed on or before February 16, 2007.

3) AEI's opposition to Z-Man's motion for leave to file an amended answer shall be filed on or before February 9, 2007. Z-Man's reply thereto shall be filed on or before February 16, 2007.

Dated: January 23, 2007      MORRISON & FOERSTER, LLP

By:   /S/   JILL NEIMAN
JILL NEIMAN
Attorneys for Plaintiff and Counter-Defendant
Applied Elastomerics, Inc.

Dated: January 23, 2007      DILLINGHAM & MURPHY

By:   /S/   MARK ROGERS
MARK J. ROGERS
Attorneys for Defendant and Counter-Complainant
Z-Man Fishing Products, Inc.

IT IS SO ORDERED.

Dated: 1/24/07

HONORABLE CLAUDIA WILKEN