UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## RELATED CASE ORDER AND ORDER FOR CONSOLIDATION

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-02469 CW**      **Applied Elastomerics Incorporated v. Z-Man Fishing Products Incorporated**

**C 07-00011 RS**      **Z-man Fishing Products, Inc. V. Applied Elastomeries, Inc.**

I find that the above case is related to the case assigned to me.

## ORDER

Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. The case management conference in the reassigned case is vacated. **Pursuant to Fed. R. Civ. P. 42(a), the above-captioned cases are hereby consolidated into Civil Action No. C-06-2469 CW for all further proceedings before this Court. All documents shall be filed in C-06-2469 CW.**

Dated: FEB 2 7 2007

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____        **By:** _____
                                                **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)