1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  JILL NEIMAN (CA SBN 164702)
   JNeiman@mofo.com
3  REBECCA SAELAO (CA SBN 222731)
   RSaelao@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:   (415) 268-7522

7  Attorneys for Plaintiff/Counter-Defendant
   APPLIED ELASTOMERICS, INC.
8

9  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (BAR NO. 68264)
10 pjh@dillinghammurphy.com
   MARK J. ROGERS (BAR NO. 173005)
11 mjr@dillinghammurphy.com
   225 Bush Street, 6th Floor
12 San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
13 Facsimile:   (415) 397-3300

14 Attorneys for Defendant/Counter-Complainant
   Z-MAN FISHING PRODUCTS, INC.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           OAKLAND DIVISION

19

| | |
|---|---|
| 20  APPLIED ELASTOMERICS, INCORPORATED, a California corporation, | Case No. C06-02469 CW |
| 21 | |
| 22           Plaintiff/Counter-Defendant, | **STIPULATION AND ORDER REGARDING RESPONSE TO THIRD AMENDED COMPLAINT** |
| 23      v. | |
| | Honorable Claudia Wilken |
| 24  Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation, | |
| 25        Defendant/Counter-Complainant. | |

26

27

28

STIP. & [PROPOSED] ORDER RE: RESPONSE TO 3D AM. COMPLAINT
No. C06-02469 CW
C:\Documents and Settings\lms6\Local Settings\Temporary Internet Files\OLK53\Stipulation Re Response Third Amended Countercomplaint_v1.DOC

1	Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant
2	and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective
3	attorneys of record, submit this stipulation and proposed order pursuant to Northern District Local
4	Rule 6-2.
5	Whereas AEI's lead counsel on this matter, Jill Neiman, has had to take an unexpected
6	medical leave of absence and Jennifer Taylor assumed responsibility for this case going forward as of
7	March 12, 2007.
8	Whereas Z-Man filed its Third Amended Counter-Complaint on March 15, 2007.
9	Whereas the previous time modifications in this case include the following:  1)  On April 27,
10	2006, the parties stipulated to provide Z-Man with an additional 20 days within which to respond to
11	AEI's Complaint.  2)  On September 28, 2006, pursuant to Z-Man's request, the parties stipulated
12	that the hearing date for the parties' pending motions (Z-Man's transfer motion and AEI's motion to
13	dismiss counterclaims) and the date of the parties' Case Management Conference be rescheduled
14	from October 20, 2006 to November 3, 2006.  3) On December 7, 2006, pursuant to the Court's
15	authorization at the Case Management Conference for the parties to work out a stipulated briefing
16	schedule for AEI's motion to dismiss Z-Man's first amended counterclaims and/or motion for
17	judgment on the pleadings, the parties so stipulated to a briefing schedule and to a hearing date of
18	February 2, 2007.  4) On December 20, 2007 the parties entered into a revised stipulation on the
19	briefing schedule and hearing date for AEI's motion to dismiss Z-Man's First Amended
20	Countercomplaint in light of Z-Man's agreement to voluntarily drop some of its counterclaims by
21	bringing a Second Amended Counter-Complaint.  5) on January 23, 2007 the parties entered a
22	stipulation extending time for Z-Man to respond to AEI's motion to dismiss the Second Amended
23	Counter-Complaint in light of a calendaring error which caused Z-Man not to file its opposition to
24	AEI's motion on January 19, 2007 when it was otherwise due pursuant to the parties' December 20,
25	2007 stipulation.
26	Whereas on March 5, 2007 this Court granted AEI's motion to dismiss Z-Man's Second
27	Amended Counter-Complaint, but granted Z-Man leave to re-plead one of the dismissed
28	counterclaims and also permitted Z-Man to include in its Third Amended Counter-Complaint claims

STIP. & [PROPOSED] ORDER RE: RESPONSE TO 3D AM. COMPLAINT                                                                                              1
No. C06-02469 CW
C:\Documents and Settings\lms6\Local Settings\Temporary Internet Files\OLK53\Stipulation Re Response Third Amended Countercomplaint_v1.DOC

1  Z-Man wishes to pursue from the transferred South Carolina action recently consolidated with this
2  case.
3       It is hereby stipulated that AEI will have until April 12, 2007 to answer or otherwise respond
4  to the Third Amended Counter-Complaint. (A motion to dismiss any portion of the Third Amended
5  Counter-Complaint will obviate the need for AEI to file an answer to the Third Amended Counter-
6  Complaint until after the motion is decided).
7
8  Dated: March 20, 2007                    MORRISON & FOERSTER LLP
9
10                                          By:      /s/  Jennifer Lee Taylor
                                                 Jennifer Lee Taylor
11                                               Attorneys for Plaintiff Applied Elastomerics, Inc.

12  Dated: March 20, 2007                   DILLINGHAM & MURPHY, LLP

13                                          By:      /s/  Mark J. Rogers
                                                 Mark J. Rogers
14                                               Attorneys for Defendant Z-Man Fishing
                                                 Products, Inc.
15

16       IT IS SO ORDERED.
17       Dated:  March 21 _____, 2007
18                                               _____
                                                 United States District Judge
19                                               Honorable Claudia Wilken

20       I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this
21  Stipulation Regarding Briefing Schedule and [Proposed] Order.  In compliance with General Order
22  45, X.B., I hereby attest that Mark J. Rogers has concurred in this filing.
23
24  Dated: March 20, 2007                   MORRISON & FOERSTER LLP
25
26                                          By:      /s/  Jennifer Lee Taylor
                                                 Jennifer Lee Taylor
27                                               Attorneys for Plaintiff and Counter-Defendant
                                                 Applied Elastomerics, Inc.
28

STIP. & [PROPOSED] ORDER RE: RESPONSE TO 3D AM. COMPLAINT                              2
No. C06-02469 CW
C:\Documents and Settings\lms6\Local Settings\Temporary Internet Files\OLK53\Stipulation Re Response Third Amended
Countercomplaint_v1.DOC