1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN 68264)
2  MARK J. ROGERS (SBN 173005)
   J. CROSS CREASON (SBN 209492)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:   (415) 397-2700
   Facsimile:    (415) 397-3300
5
   Attorneys for Defendant and Cross-Complainant
6  Z-MAN FISHING PRODUCTS, INC.

7

8             UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C062469 CW<br><br>ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE<br><br>Honorable Claudia Wilken<br><br>Trial Date: November 13, 2007 |

    Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and Defendant and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective attorneys and pursuant to the Court's Local Rule 6-2, hereby stipulate as follows:

    Whereas Z-Man filed its Third Amended Counter-Complaint on March 15, 2007;

    Whereas counsel for AEI filed a motion to dismiss directed to Z-Man's Third Amended Counter-Complaint on April 9, 2007 with a hearing date set for May 17, 2007;

//
//
//
//

Whereas counsel for Z-Man is scheduled to commence a jury trial in a different matter in the Common Pleas Court of Defiance County, Ohio on May 14, 2007, which should last at least five days and will conflict with the hearing date currently set for AEI's motion to dismiss.

Whereas the parties have met and conferred on continuing the hearing date on AEI's motion to dismiss until May 24, 2007 and agreed to a revised briefing schedule for Defendant's opposition based on a May 24, 2007 hearing date;

Whereas the previous time modifications in this case include the following: 1) On April 27, 2006, the parties stipulated to provide Z-Man with an additional 20 days within which to respond to AEI's Complaint. 2) On September 28, 2006, pursuant to Z-Man's request, the parties stipulated that the hearing date for the parties' pending motions (Z-Man's transfer motion and AEI's motion to dismiss counterclaims) and the date of the parties' Case Management Conference be rescheduled from October 20, 2006 to November 3, 2006.  3) On December 7, 2006, pursuant to the Court's authorization at the Case Management Conference for the parties to work out a stipulated briefing schedule for AEI's motion to dismiss Z-Man's first amended counterclaims and/or motion for judgment on the pleadings, the parties so stipulated to a briefing schedule and to a hearing date of February 2, 2007.  4) On December 20, 2007 the parties entered into a revised stipulation on the briefing schedule and hearing date for AEI's motion to dismiss Z-Man's First Amended Counter complaint in light of Z-Man's agreement to voluntarily drop some of its counterclaims by bringing a Second Amended Counter-Complaint.  5) On January 23, 2007 the parties entered a stipulation extending time for Z-Man to respond to AEI's motion to dismiss the Second Amended Counter-Complaint in light of a calendaring error which caused Z-Man not to file its opposition to AEI's motion on January 19, 2007 when it was otherwise due pursuant to the parties' December 20, 2007 stipulation.  6) On March 20, 2007, the parties entered a stipulation extending the time for AEI to respond to Z-Man's Third Amended Counter-Complaint to April 12, 2007.

Whereas this stipulation will not have any affect on the schedule for the case.

IT IS HEREBY STIPULATED between AEI and Z-Man as follows:

1)   The hearing date for AEI's motion to dismiss directed to Z-Man's Third Amended

1  Counter-Complaint shall be continued from May 17, 2007 to May 24, 2007 at 2:00 p.m.

2      2)    Z-Man's opposition to AEI's motion to dismiss shall be filed on or before April 30,

3  2007. AEI's reply thereto shall be filed on or before May 10, 2007.

Dated: April 18, 2007          MORRISON & FOERSTER, LLP

By:   /S/    JENNIFER TAYLOR
      JENNIFER TAYLOR
      Attorneys for Plaintiff and Counter-Defendant
      Applied Elastomerics, Inc.

Dated: April 18, 2007          DILLINGHAM & MURPHY

By:     /S/    MARK ROGERS
      MARK J. ROGERS
      Attorneys for Defendant and Counter-Complainant
      Z-Man Fishing Products, Inc.

IT IS SO ORDERED.

4/23/07

Dated: _____          _____
                                   HONORABLE CLAUDIA WILKEN