IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLIED ELASTOMERICS, INC.                    No. 06-02469 CW

      Plaintiff,

  v.

Z-MAN FISHING PRODUCTS, INC.,

      Defendant.

_____

Z-MAN FISHING PRODUCTS, INC.,                 No. 07-03104 CW

      Plaintiff
                                              ORDER
  v.                                          CONSOLIDATING
                                              CASES
APPLIED ELASTOMERICS, INC.,

      Defendant.
_____/

    Pursuant to this Court's previous Order Granting in Part
Defendant's Motion to Modify the Court's Initial Case Management
Order and Denying It in Part filed July 13, 2007, in C-06-2469 CW,

    IT IS ORDERED that the above-captioned cases are consolidated
for all further proceedings.  All documents shall be filed in C-06-
2469 CW.

    IT IS FURTHER ORDERED that there appears to be no further
reason at this time to maintain C-07-3104 CW as an open case for
statistical purposes, and the Clerk is instructed to submit a JS-6
Form to the Administrative Office.

    Nothing contained in this Order shall be considered a

United States District Court

For the Northern District of California

dismissal or disposition of that action, and, should further proceedings in that case become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.


Dated _____        CLAUDIA WILKEN
        7/24/07                           United States District Judge