1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLIED ELASTOMERICS, INCORPORATED, a
California corporation,

        Plaintiff,

    v.

Z-MAN FISHING PRODUCTS, INCORPORATED,
a South Carolina corporation,

        Defendant.

_____/

AND RELATED COUNTERCLAIMS.

_____/

No. C 06-2469 CW

ORDER CONCERNING
MOTIONS TO SEAL
(Docket Nos. 146
and 173)

    Plaintiff Applied Elastomerics, Inc. sought to file under seal
Exhibit A to the Declaration of Geoffrey Graber in support of
Plaintiff's Motion for Partial Summary Judgment and Exhibit A to
the Declaration of Geoffrey Graber in support of Plaintiff's Motion
for Rule 11 Sanctions.  Plaintiff stated that Defendant Z-Man
Fishing Products, Inc. had designated these exhibits as
confidential.  The Court denied Plaintiff's motions because
Defendant had not, as required by Civil Local Rule 79-5(d),
submitted a supporting declaration establishing that these exhibits

United States District Court
For the Northern District of California

1   were confidential.  Defendant subsequently responded with an

2   unsworn statement that it does not object to the portions of the

3   exhibits actually cited by Plaintiff in its motions for summary

4   judgment and for Rule 11 sanctions, but that it considers other

5   portions of the exhibits, none of which were cited in Plaintiff's

6   motions, to be confidential.

7        Considering Defendant's response and in the interest of

8   limiting the number of documents filed under seal, Plaintiff is

9   ordered to compile and file in the public record only those

10  portions of Exhibit A to the Declaration of Geoffrey Graber in

11  support of Plaintiff's Motion for Partial Summary Judgment and

12  Exhibit A to the Declaration of Geoffrey Graber in support of

13  Plaintiff's Motion for Rule 11 Sanctions that are cited in the

14  corresponding motions.

15       IT IS SO ORDERED.

16

17  Dated: 9/11/07

18                                    CLAUDIA WILKEN
                                      United States District Judge

2