1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN 68264)
MARK J. ROGERS (SBN 173005)
J. CROSS CREASON (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

    Attorneys for Defendant and Cross-Complainant
    Z-MAN FISHING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C0622469 CW<br><br>**ORDER DENYING STIPULATION REGARDING HEARING DATE**<br><br>Honorable Claudia Wilken<br><br>Trial Date: November 13, 2007 |

Plaintiff and Counter-Defendant Applied Elastomerics, Incorporated ("AEI") and

Defendant and Counter-Complainant Z-Man Fishing Products, Incorporated ("Z-Man"),

collectively referred to herein as "the Parties," through their respective attorneys of record, submit

this stipulation and proposed order.

Whereas, on August 17, 2007, AEI filed its Notice Of Rule 11 Motion And Motion

Regarding Defendant Z-Man Fishing Products Incorporated's Failure To Conduct An Adequate

Prefiling Investigation and noticed it for hearing on September 28, 2007;

Whereas counsel for Z-Man had a conflict with that date and requested that the hearing

date be continued to October 4, 2007, and AEI's counsel was amendable to that change;

Whereas, on August 24, 2007, pursuant to Local Rule 7-7(a), counsel for AEI re-noticed

1    AEI's motion for October 4, 2007;

2         Whereas, on September 11, 2007, AEI, pursuant to Local Rule 7-7(a) re-noticed the

3    hearing date for its Rule 11 motion from October 4, 2007 to October 11, 2007 because the Court

4    was not available for a hearing on October 4, 2007;

5         Whereas Z-Man's counsel has a previously scheduled hearing in another matter set for

6    October 11, 2007, and whereas the next available date the Court is available for hearing is

7    November 1, 2007, counsel for Z-Man proposed to AEI's counsel that the hearing be re-noticed

8    for November 1, 2007 and he was amenable to doing so provided Z-Man agreed to the briefing

9    schedule set forth below;

10        Whereas the stipulation will not have any affect on the schedule for the case; and

11        Whereas the previous time modifications in this case include the following: 1) On April

12   27, 2006, the parties stipulated to provide Z-Man with an additional 20 days within which to

13   respond to AEI's Complaint. 2) On September 28, 2006, pursuant to Z-Man's request, the parties

14   stipulated that the hearing date for the parties' pending motions (Z-Man's transfer motion and

15   AEI's motion to dismiss counterclaims) and the date of the parties' Case Management Conference

16   be rescheduled from October 20, 2006 to November 3, 2006. 3) On December 7, 2006, pursuant to

17   the Court's authorization at the Case Management Conference for the parties to work out a

18   stipulated briefing schedule for AEI's motion to dismiss Z-Man's first amended counterclaims

19   and/or motion for judgment on the pleadings, the parties so stipulated to a briefing schedule and to

20   a hearing date of February 2, 2007. 4) On December 20, 2007 the parties entered into a revised

21   stipulation on the briefing schedule and hearing date for AEI's motion to dismiss Z-Man's First

22   Amended Counter complaint in light of Z-Man's agreement to voluntarily drop some of its

23   counterclaims by bringing a Second Amended Counter-Complaint. 5) On January 23, 2007 the

24   parties entered a stipulation extending time for Z-Man to respond to AEI's motion to dismiss the

25   Second Amended Counter-Complaint in light of a calendaring error which caused Z-Man not to

26   file its opposition to AEI's motion on January 19, 2007 when it was otherwise due pursuant to the

27   parties' December 20, 2007 stipulation. 6) On March 20, 2007, the parties entered a stipulation

28   extending the time for AEI to respond to Z-Man's Third Amended Counter-Complaint to April 12,

1  2007. 7) On April 18, 2007, the parties entered a stipulation continuing the hearing date on AEI's

2  third Motion to Dismiss.

3        IT IS HEREBY STIPULATED between AEI and Z-Man that the hearing date on AEI's

4  Rule 11 Motion shall be rescheduled from October 11, 2007 to November 1, 2007 at 2:00 p.m.  Z-

5  Man's opposition shall be filed on or before September 20, 2007, and AEI's reply shall be filed on

6  or before October 18, 2007.

7  Dated: September 19, 2007        MORRISON & FOERSTER LLP

8

9  By:_____/S/_____
          Jennifer Lee Taylor

10            Attorneys for Plaintiff and Counter-Defendant
          Applied Elastomerics, Inc.

11  Dated: September 19, 2007        DILLINGHAM & MURPHY, LLP

12

13  By:_____/S/_____
          Mark J. Rogers

14            Attorneys for Defendant and Cross-Complainant
          Z-Man Fishing Products, Inc.

15

16       **STIPULATION IS REJECTED AS UNNECESSARY; THE RULE 11 MOTION**

17  **WILL NOT REQUIRE A HEARING.**

18         9/21

19  Dated: _____, 2007

20         _____
       United States District Judge
       Honorable Claudia Wilken

21

22

23

24

25

26

27

28